# EXHIBIT A

## POLICE and FIRE FEDERAL CREDIT UNION

PFFCU

901 Arch Street
Philadelphia, PA 19107
215-931-0300 · 800-228-8801

**PFFCU.org**

**BOARD OF DIRECTORS**
Anthony LaRosa, *Chairman*
John H. Richardson, *Vice Chairman*
James E. Cunningham, *Secretary*
John LaRosa, *Treasurer and Retired CEO*
Joann Zarro, *Director*
Patricia Fox, *Director*
Timothy J. Haggerty, *Director*

## Member Wire Transfer

### Request 29603

**Member Number:**    0078010001
**Wire Amount:**    $150,000.00
**Reason for Wire:**    purchasing property
**Special Instructions:**    project number 1765

### Originator Details

**Account Type:**    IndividualJoint
**Member:**    ANDRE, FRED (Joint)
**Next Hour Phone Number:**    267-231-3782

**Wire funds from product:**    CHECKING
**Wire Amount:**    $150,000.00
**Withdrawal Confirmation:**

**Process fee from product:**    CHECKING
**Fee Amount:**    $20.00
**Waive Fee Requested:**    No

### Beneficiary Details

**Beneficiary Name:**    Diamante Enterprises, LLC
**Beneficiary Address:**
    1401 N 29th St, Ste 200
    Philadelphia, Pennsylvania 19121
**Financial Institution:**    PNC BANK, NATIONAL ASSOCIATION (WILMINGTON)
**ABA Routing Number:**    043000096
**Account Number:**    1238326312

### PFFCU Details

**Branch:**    Springfield
**BSA Scan ID:**    NCHK220062833
**Signature:**

Service. Value. Convenience. Trust.