# EXHIBIT B

This Indenture made the 10ᵀᴴ day of December in the year of our Lord two thousand and twenty-two (2022).

## Between

Diamante Investment Group LLC

(hereinafter called the Grantor), of the one part, and

Diamante Investment Group LLC and Leis and Claude Enterprise LLC

(hereinafter called the Grantee), of the other part

Witnesseth That the said Grantor for and in consideration of the sum of One ($1.00) dollar lawful money of the United States of America, unto him well and truly paid by the said Grantee at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, granted, bargained and sold, released and confirmed, and by these presents grant, bargain and sell, release and confirm unto the said Grantee and assigns.

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Easterly side of Twenty-Ninth Street at the distance of four hundred seventy-nine feet, eight and one-half inches Northwardly from the Northerly side of Columbia Avenue in the Twenty -Ninth Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Twenty-ninth Street, fourteen feet eleven and one-half inches and extending Eastwardly of that width in length or depth between parallel lines at right angles to said Twenty-ninth Street, sixty-five feet to a three feet wide alley leading Northwardly from said Columbia Avenue to Montgomery Avenue.

BOUNDED Northwardly and Southwardly by ground now or late of John Stafford, eastwardly by said alley and Westwardly by Twenty-Ninth Street aforesaid.

BEING No. 1765 N 29ᵗʰ Street Philadelphia PA 19121

BEING the same premises, which WIMS & PARTNERS REALTY GROUP, LLC, by deed dated August 1, 2017, and recorded November 10, 2017, in the Office for the Recorder of Deeds in the County of Philadelphia as Document 53290354, granted and conveyed unto Diamante Investment Group, LLC, in fee.

Together with all and singular the improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of the said Grantor as well at law as in equity, of, in, and to the same.

To have and to hold the said lot or piece of ground above described with the Improvements, hereditaments and premises hereby granted, or mentioned, and intended so to be, with the appurtenances, unto the said Grantee and assigns, to and for the only proper use and behoof of the said Grantee and assigns, forever.

And the said Grantor by these presents, covenant, grant and agree, to and with the said Grantee and assigns that the said Grantor all and singular the Hereditaments and premises herein above described and granted, or mentioned and intended so to be with the Appurtenances unto the said Grantee and assigns, against the said Grantor and against all and every Person or Persons whomsoever lawfully claiming or to claim the same or any part thereof, by from, or under them or any of them, shall and will WARRANT and forever DEFEND.

In Witness Whereof, the said Grantor has/have caused these presents to be duly executed dated the day and year first above written.

Sealed and Delivered
IN THE PRESENCE OF US:

_Danielle Parker_

Danielle Parker, Managing Member of Diamante Investment Group, LLC

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA


On this, 10th day of December 2022, before me, the undersigned Notary Public, appeared Danielle Parker, who acknowledged himself to be the Managing Member of Diamante Investment Group, LLC (a PA Limited Liability Company), and he as such Managing Member being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the LLC by himself as Managing Member.

In Witness Whereof, I hereunto set my hand and official seal.


Notary Public


My Commission Expires:


The address of the above-named Grantee is:
1401 n 29th St
Philadelphia PA 19121

# DEED

Diamante Investment Group, LLC

and

Diamante Investment Group LLC and Leis and Claude Enterprise LLC

Premises:

1765 N 29th Street

City of Philadelphia
Philadelphia County
PA
Tax ID  324179800